UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HUGH LAWRENCE BROOKS and | ) | |
| TAMMIE LATHERES SIMS-BROOKS, | ) | CASE NO. 09-02012-JMC-11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| HUGH LAWRENCE BROOKS, | ) | |
| | ) | ADV. PROC. NO. 18-50350 |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| DBRS, INC., d/b/a FCDP PSL TRUST | ) | |
| and AMERICAN EDUCATINOAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY
PROCEEDING SOLELY AS TO DBRS, INC.**

**PLEASE TAKE NOTICE THAT** plaintiff, Hugh Lawrence Brooks, by and through his

undersigned counsel, hereby voluntarily dismisses this adversary proceeding solely as to DBRS,

Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made

applicable in this proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: January 8, 2019
      Indianapolis, Indiana

Respectfully submitted,

Eric C. Redman, #6330-49
Redman Ludwig, P.C.
151 N. Delaware Street, Suite #1106
Indianapolis, IN 46204
Phone: (317) 685-2426
Fax:    (317) 636-8686
E-mail: credman@redmanludwig.com

Attorneys for Plaintiff

3" = "3" "FF\8032626.1" "" FF\8032626.1