UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> HUGH LAWRENCE BROOKS and ) <br> TAMMIE LATHERES SIMS-BROOKS, ) <br> ) <br> Debtors. ) <br> ) | CASE NO. 09-02012-JMC-11 |
| HUGH LAWRENCE BROOKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> DBRS, INC., d/b/a FCDP PSL TRUST ) <br> and AMERICAN EDUCATINOAL ) <br> SERVICES, ) <br> ) <br> Defendants. ) | ADV. PROC. NO. 18-50350 |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING SOLELY AS TO DBRS, INC.

PLEASE TAKE NOTICE THAT plaintiff, Hugh Lawrence Brooks, by and through his undersigned counsel, hereby voluntarily dismisses this adversary proceeding solely as to DBRS, Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable in this proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: January 8, 2019
Indianapolis, Indiana

Respectfully submitted,

_____
Eric C. Redman, #6330-49
Redman Ludwig, P.C.
151 N. Delaware Street, Suite #1106
Indianapolis, IN 46204
Phone: (317) 685-2426
Fax:   (317) 636-8686
E-mail: credman@redmanludwig.com

Attorneys for Plaintiff

3" = "3" "FF\8032626.1" "" FF\8032626.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been duly filed electronically using the Court's ECF system and additional copies have been served either electronically or by United States First Class Mail, postage pre-paid, on all parties not registered to receive electronic service via e-mail, on the 8th day of January 2019.

ustpregion10.in.ecf@usdoj.gov
Darren Pascarella-dpascarella@FarrellFritz.com

                                                                            /s/ Eric C. Redman
                                                                            Eric C. Redman

Eric C. Redman, #6330-49
REDMAN LUDWIG, P.C.
151 N. Delaware Street, Ste 1106
Indianapolis, IN 46204
PHONE: (317) 685-2426
FAX: 317-636-8686
eredman@redmanludwig.com