# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HUGH LAWRENCE BROOKS and ) | |
| TAMMIE LATHERES SIMS-BROOKS ) | |
| ) | CASE NO. 09-02012-jmc-11 |
| ) | |
| Debtors. ) | |
| _____) | |
| HUGH LAWRENCE BROOKS, ) | |
| ) | Adv. Proc. No. 18-50350 |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| AMERICAN EDUCATIONAL ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## **APPEARANCE OF LINDSEY M. TIPTON**

**TO THE CLERK OF COURT:**

     Please record the appearance of Lindsey M. Tipton, of Haller & Colvin, P.C. as counsel for American Educational Services, Defendant in the above-captioned adversary proceeding.

                      **Respectfully submitted,**

                      **HALLER & COLVIN, P.C.**
                      **444 EAST MAIN STREET**
                      **FORT WAYNE, INDIANA 46802**
                      **TELEPHONE: (260) 426-0444**
                      **FAX: (260) 422-0274**
                      **EMAIL: ltipton@hallercolvin.com**

                      **BY:** */s/ Lindsey M. Tipton*
                            **LINDSEY M. TIPTON**
                            **I.D. #34229-02**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Appearance of Lindsey M. Tipton has been sent electronically by the Court's electronic filing system, 10th day of January, 2019, to:

U.S. Trustee
Eric C Redman

                                               */s/ Lindsey M. Tipton*
                                               **LINDSEY M. TIPTON**