UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>HUGH LAWRENCE BROOKS and<br>TAMMIE LATHERES SIMS-BROOKS,<br><br>Debtors. | CASE NO. 09-02012-JMC-11 |
| HUGH LAWRENCE BROOKS,<br><br>Plaintiff,<br><br>VS.<br><br>CORONADO STUDENT LOAN TRUST<br><br>Defendants. | ADV. PROC. NO.<br>18-50350 |

## APPLICATION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. Bankruptcy Court for the Southern District of Indiana**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff requests that the Clerk enter the default of the Defendant, Coronado Student Loan Trust for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of counsel, Eric C. Redman, attached hereto.

Respectfully submitted,

*/s/ Eric C. Redman*
Eric C. Redman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been duly filed electronically using the Court's ECF system and additional copies have been served either electronically or by United States First Class Mail, postage pre-paid, on all parties not registered to receive electronic service via e-mail, on the 18th day of March 2019.

ustpregion10.in.ecf@usdoj.gov

Coronado Student Loan Trust
500 Delaware Avenue, 11th Floor,
Wilmington, DE 19801

/s/ Eric C. Redman
Eric C. Redman
REDMAN LUDWIG, P.C.
151 N. Delaware Street, Suite #1106
Indianapolis, IN 46204
(317) 685-2426 - telephone
(317) 636-8686 - fax
eredman@redmanludwig.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>HUGH LAWRENCE BROOKS and )<br>TAMMIE LATHERES SIMS-BROOKS, )<br>)<br>Debtors. )<br>)<br>_____ )<br>)<br>HUGH LAWRENCE BROOKS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>CORONADO STUDENT LOAN TRUST )<br>)<br>Defendant. ) | CASE NO. 09-02012-JMC-11<br><br><br><br><br><br><br><br>ADV. PROC. NO.<br>18-50350 |

**AFFIDAVIT FOR ENTRY OF DEFAULT**

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

I, Eric C. Redman, being duly sworn, state that I am the attorney for the Plaintiff in the above-entitled action; that the complaint and summons in this action were served on Defendant, Coronado Student Loan Trust, on January 28, 2019; that service was made by mail service and certified mail; that the Defendant is not protected by the Service Members Civil Relief Act, P.L. 108-109; that the Defendant is not an infant or incompetent person; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not pled, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

I swear or affirm under the penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Eric C. Redman
Counsel for Plaintiff

**SWORN TO AND SUBSCRIBED** before me this 18th day of March, 2019.

*Bridgette Anne Rogers*
*Notary Public Seal State of Indiana*
*Marion County*
*Commission Number NP0717771*
*My Commission Expires 01/08/2027*

_____
Signature

_____
Printed Name of Notary

My commission expires:

1-8-2027

My county of residence:

Marion

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been duly filed electronically using the Court's ECF system and additional copies have been served either electronically or by United States First Class Mail, postage pre-paid, on all parties not registered to receive electronic service via e-mail, on the 19th day of March 2019.

ustpregion10.in.ecf@usdoj.gov

Coronado Student Loan Trust
500 Delaware Avenue, 11th Floor,
Wilmington, DE 19801

/s/ *Eric C. Redman*
Eric C. Redman
REDMAN LUDWIG, P.C.
151 N. Delaware Street, Suite #1106
Indianapolis, IN 46204
(317) 685-2426 - telephone
(317) 636-8686 - fax
eredman@redmanludwig.com