UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

B2600 (rev 01/2013)

In re:

**Hugh Lawrence Brooks**,
**Tammie Latheres Sims−Brooks**,
    Debtors.

Case No. **09−02012−JMC−11**

Adv. Proc. No. **18−50350**

**Hugh Lawrence Brooks**,
**Tammie Sims−Brooks**,
    Plaintiffs,
  vs.
**Coronado Student Loan Trust**,
    Defendant.

## ENTRY OF DEFAULT

It appears from the record that Coronado Student Loan Trust failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against Coronado Student Loan Trust as authorized by Fed.R.Bankr.P. 7055.



/s/ Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

Dated:  March 19, 2019