SO ORDERED: April 22, 2019.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>HUGH LAWRENCE BROOKS and )<br>TAMMIE LATHERES SIMS-BROOKS, )<br>)<br>Debtors. )<br>_____ )<br>)<br>HUGH LAWRENCE BROOKS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>CORONADO STUDENT LOAN TRUST )<br>)<br>Defendant. ) | CASE NO. 09-02012-JMC-11<br><br><br><br><br><br><br>ADV. PROC. NO.<br>18-50350 |

**DEFAULT JUDGMENT**

Defendant Coronado Student Loan Trust, having failed to plead or otherwise defend in this action, and an Entry of Default having been entered by the Court, **NOW**, upon application of the Plaintiff, Hugh Lawrence Brooks, and upon affidavit that Defendants is not in the military service of the United States and is not an infant or incompetent person; it is hereby

**ORDERED** that Default Judgment is entered in favor of Plaintiff against the Defendant, Coronado Student Loan Trust.

###