**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE:

| | |
|---|---|
| HUGH LAWRENCE BROOKS<br>TAMMIE SIMS-BROOKS<br>　　　　Debtors. | BK Case No. 09-02012<br><br>Chapter 11 |
| HUGH LAWRENCE BROOKS<br>TAMMIE SIMS-BROOKS<br>　　　　Plaintiffs, | Judge CARR<br><br>Adversary Proceeding<br>Case No. 18-50350 |
| vs. | |
| CORONADO STUDENT LOAN TRUST<br><br>　　　　Defendant. | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT TO CORONADO STUDENT LOAN TRUST AS TO DEFENDANTS', CORONADO STUDENT LOAN TRUST'S MOTION TO VACATE DEFAULT JUDGMENT**

CORONADO STUDENT LOAN TRUST, defendant in the above –captioned case, has filed a Motion to Vacate Default Judgment.   If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

　　　If you do not want the Court to grant the motion, **then within fourteen (14) days of the date on the attached Certificate of Service:**

1.　　File a written objection to the motion, which should explain the reasons why you object,

with the Clerk of the United States Bankruptcy Court at:

☒  Indianapolis Division
   116 U.S. Courthouse
   46 E. Ohio Street
   Indianapolis, IN  46204

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.  You must also mail a copy of your objection to :

| John Erin McCabe | Hugh Lawrence Brooks | Eric C Redman |
|---|---|---|
| 525 Vine Street, Suite 800 | Tammie Sims-Brooks | 151 N Delaware St Ste 1106 |
| Cincinnati, OH 45202 | 7547 Somerset Bay, #A | Indianapolis, IN 46204 |
|  | Indianapolis, IN 46240 |  |

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Respectfully Submitted:

/S/ John Erin McCabe
John Erin McCabe
525 Vine Street, Suite 800
Cincinnati, OH 45202
Telephone: 513-723-2206
jmccabe@weltman.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing Notice of Motion and Opportunity to Object to Motion to Vacate Default Judgment was served this 19th day of July, 2019 by regular U.S. Mail upon the following.

Hugh Lawrence Brooks
Tammie Sims-Brooks
7547 Somerset Bay, #A
Indianapolis, IN 46240
*Plaintiff*


Eric C Redman
151 N Delaware St Ste 1106
Indianapolis, IN 46204
*Counsel for Plaintiff*

/S/ John Erin McCabe
John Erin McCabe
**Weltman, Weinberg & Reis Co., L.P.A.**
Attorney for Coronado Student Loan Trust