# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:

| | |
|---|---|
| HUGH LAWRENCE BROOKS | |
| TAMMIE SIMS-BROOKS | Case No. 09-02012 |
| Debtors. | Chapter 11 |
| | |
| HUGH LAWRENCE BROOKS | Judge James M. Carr |
| TAMMIE SIMS-BROOKS | |
| Plaintiffs, | Adversary Proceeding |
| | Case No. 18-50350 |
| vs. | |
| CORONADO STUDENT LOAN TRUST | |
| Defendant. | |

## AGREED CONSENT TO JUDGMENT

NOW COMES, Plaintiffs Hugh Lawrence Brooks and Tammie Sims-Brooks ("the Plaintiffs"), and Defendant, Coronado Student Loan Trust 2018-3 PSL SLX ("Coronado"), by and through its counsel Weltman, Weinberg and Reis, Co, LPA, hereby agree as follows:

The student loan debt, described as: Loan No. XXXXXX2494, due and owing by Plaintiff to Coronado is discharged pursuant to 11 U.S.C.523 (a)(8) of the United States Bankruptcy Code.  The loan is identified as follows: A note originally to CIT Bank with an original principle balance of $100,001.00 and disbursed on February 4th, 2008.  The unpaid balance as of April of 2019 was $136,108.00 plus interest since that time at the rate set forth in the Note.

Coronado agrees and has no objection to discharge the student loan debt in the Adversary Proceeding 18-ap-50350 and underlying Bankruptcy Case # 09-02012 filed on February 26th, 2009 in the U.S. Bankruptcy Court for the Southern District of Indiana.

Plaintiff and Coronado further agree that the full name of the Defendant is: Coronado Student Loan Trust 2018-3 PSL SLX.

IT IS HEREBY AGREED that the Student Loan debts of Coronado are discharged. The loans shall remain in place until such time as the Plaintiff's complete the Chapter 11 plan and the Order of Discharge has been granted by this Court. All in accordance with the confirmed plan.

Respectfully Submitted,

By: /s/ John Erin McCabe
John Erin McCabe
Attorney for Creditor
Coronado Student Loan Trust 2018-3 PSL SLX
525 Vine Street, Suite 800
Cincinnati, OH 45202
513-723-2206
jmccabe@weltman.com

By: /s/ Eric C Redman
Eric C Redman
Attorney for Plaintiffs
151 N Delaware St Ste 1106
Indianapolis, IN 46204
317-685-2426
ksmith@redmanludwig.com